Kensho SONE; Tseng Ching–Yuan; Wang Shih–Hsine; Yeh Chih–Te; Wang Chen–Lee, Plaintiffs–Appellants

v.

HARVEST NATURAL RESOURCES, INCORPORATED, Defendant–Appellee.

No. 14–20551.

United States Court of Appeals, Fifth Circuit.

June 4, 2015.

Bruce Wayne Wagner, Fullerton, CA, for Plaintiffs–Appellants.

William D. Wood, Esq., Matthew Alexander Dekovich, Esq., Fulbright & Jaworski LLP, Houston, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.